UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE NICHOLSON, GENEVIEVE
NICHOLSON, SONDRA NICHOLSON,

    Plaintiffs,

v.                                    Case No.:  8:08-cv-01264-EAK-EAJ

NCO FINANCIAL SYSTEMS, INC.,

    Defendant
_____/

**NOTICE OF PENDING SETTLEMENT**

    Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    /s/ Dayle M. Van Hoose
    Dayle M. Van Hoose, Esq.
    Florida Bar No.:  016277
    dvanhoose@sessions-law.biz
    Elizabeth Fite Blanco, Esq.
    Florida Bar No.: 0644439
    eblanco@sessions-law.biz
    Kenneth C. Grace, Esq.
    Florida Bar No.: 0658464
    kgrace@sessions-law.biz
    SESSIONS, FISHMAN, NATHAN, & ISRAEL,

L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida  33634
Telephone No.:      (813) 890-2460
Facsimile No.:      (813) 889-9757

Attorneys for Defendant,
West Asset Management, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of September 2008, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Alan Curtis Ewbank
Riverview Law Group
10028 Water Works Lane
Riverview, FL  33578

/s/ Dayle M. Van Hoose
Attorney

N:\NCO\Nicholson, Steve (6947-08-23148)\Pleadings\Notice of Pending Settlement.doc