UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE NICHOLSON, GENEVIEVE
NICHOLSON, SONDRA NICHOLSON
    Plaintiffs,

vs.

Case No.: 8:08-cv-01264-EAK-EAJ

NCO FINANCIAL SYSTEMS, INC.,
    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between parties hereto, by their undersigned attorneys, that the above cause may be dismissed with prejudice, each party to bear its own attorney's fees and costs. All liens and subrogated interests to be paid by plaintiff out of the proceeds of the settlement herein.

DATED this 26 day of September, 2008.

| | |
|---|---|
| Alan C. Ewbank, P.A.<br>10028 Water Works Lane<br>Riverview, FL 33578<br>Telephone No: (813) 677-1299<br>Facsimile No: (813) 644-1433<br>Email: aceatty@aol.com | Dayle M. Van Hoose<br>Sessions, Fishman, Nathan, Israel, L.L.P.<br>9009 Corporate Lake Drive, Ste 330-S<br>Tampa, FL 33634<br>Telephone: (813) 890-2463<br>Facsimile: (813) 889-9757<br>Email: dvanhoose@sessions-law.biz |
| By: /s/ Alan C. Ewbank<br>    Alan C. Ewbank, Esquire<br>    Attorney for Plaintiffs<br>    FBN: 0191752 | By: /s/ Dayle M. Van Hoose<br>    Dayle M. Van Hoose, Esquire<br>    Attorney for Defendant<br>    FBN: 016277 |